452 A.2d 1073

Bouch, Appellant v. Murdick.

Argued June 15, 1982.   David M. Moran, for appellant;  Joseph N. Mack, for appellees.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

453 A.2d 1060

Commonwealth v. Downing, Appellant.

Reargument Denied Jan. 11, 1983.

Argued November 16, 1981.   Michael J. Downing, appellant, in propria persona;  Garold Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEwen and HOFFMAN, JJ.

Judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Charles L. Durham is affirmed.

CERCONE, P.J., and HOFFMAN, J., concurred in the result.